Brad P. Hill, OSB No. 116381
Email: bphill@wileslawgroup.com
Wiles Michali Rana Lee Law Group
510 SW 5th Ave., Ste. 600
Portland, OR 97204
Phone: (503) 226-3515
Fax: (503) 226-4050

Attorneys for Defendant Robert DiNino

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| RACHEL MCCART and ERIN MCCART, <br><br>Plaintiffs,<br><br>v.<br><br>CLIFFORD BEDDOW; CAROL BEDDOW; JEFFREY EDWARD SIMONSON; ANGELA KRISTIN KOPSHY; DONALD NICHOLAS KOPSHY; HIDDEN ACRES REAL ESTATE, LLC; GOOD NEIGHBOR FARMS, LLC; CHARLES NEAL; JAY HASER; GREENLAND HOLDINGS, LLC; HERBACEOUS FARMS, LLC; JOHN DININO; ROBERT DININO; MARY CROSS aka MARY TINKLER aka MARY CROSS TINKLER aka MARY TINKLER CROSS; GRAND, LLC; WILLIAMS, LLC; BCC HOLDINGS, LLC; DAVID ALPORT; CFA RETAIL, LLC; MICHAEL J. GENOVESE; DIVINE KIND, INC.; NITIN KHANNA; TIDEWATER RETAIL, INC.; TIDEPOOL OREGON CITY, INC.; TIDEPOOL CORVALLIS, INC.; TIDEPOOL EAST, INC.; TIDEPOOL MILWAUKIE, INC.; TIDEPOOL NORTHEAST, INC.; GREENLINK RETAIL, INC.; SALMON RUN HOLDINGS, LLC; TIDEPOOL CANNON BEACH, INC.; CASE VAN | Case No. 3:17-cv-00927-AC<br><br>**NOTICE OF FIRM NAME CHANGE** |

NOTICE OF FIRM NAME CHANGE
-Page 1 of 3

WILES MICHALI RANA LEE LAW GROUP
510 SW FIFTH AVENUE, SUITE 600
PORTLAND, OR 97204
(503) 226-3515 / F: (503) 226-4050

DORNE; JASON CAIN; JOEL JENNINGS; )
JIN'S INC.; FRANK CHIN; NECTAR )
MARKETS, LLC; JEREMY R. PRATT; JIMS )
LLC; MICHAEL CHAPPELL; UPLIFT )
BOTANICALS, LLC; JAMES M. FISHER; )
KEVIN L. FISHER; BANK OF AMERICA, )
N.A.; DANIEL EDWARD JOHNSON; )
SHIRLEY ANN JOHNSON; JOHN FLOYD )
KIDNEY; STEVEN DOUGLAS )
SIMONSON; MASON AARON OSTROM; )
JESSA LOUISE OSTROM; DARRELL )
EUGENE SAGER; KELLY DIANE )
RAWLINGS; JOHN WILLIAM OWENS; )
KENNETH ROBERT HILSEE; JOSHUA )
RAY LORENZEN; DEAN MARK )
RODGERS; ANDREW ALIKHANOV; )
HEATHER GAMOTIS; BRIAN GAMOTIS; )
SONNY J. SANDRETTO; LARRY ROBERT )
BERTRAND; EMILY NOELLE )
BERTRAND; JAMES CORNFORTH; )
PORTLAND MUSIC THERAPY, LLC; HIP )
STEW STUDIOS LLC; CATHERINE )
HARRIS; DEBBIE LYNNE; BRIAN J. )
KEENEY; DESIREE M. MUROLO; )
CLINTON J. SPARKS; JONATHAN W. )
SIMON; PAUL D. CRABTREE; and )
VINCENT THOMAS BURKE, )
            )
        Defendants. )
_____ )

///

///

///

NOTICE OF FIRM NAME CHANGE
-Page 2 of 3

WILES MICHALI RANA LEE LAW GROUP
510 SW FIFTH AVENUE, SUITE 600
PORTLAND, OR 97204
(503) 226-3515 / F: (503) 226-4050

TO:     THE CLERK OF THE COURT;

AND TO:   ALL COUNSEL AND PARTIES OF RECORD.

**NOTICE IS HEREBY GIVEN** that, effective December 1, 2017, Wiles Law Group, LLC will be known as **WILES MICHALI RANA LEE LAW GROUP.** The firm address, emails, phone and fax numbers will remain the same.

DATED this __30__ day of November, 2017.

                                                    WILES MICHALI RANA LEE LAW GROUP

                                                  Bradley P. Hill, OSB No. 116381
                                                  bphill@wileslawgroup.com
                                                  510 SW 5th Ave., Ste. 600
                                                  Portland, OR 97204
                                                  Phone: (503) 226-3515
                                                  Fax: (503) 226-4050
                                                  **Attorneys for Defendant Robert DiNino**

NOTICE OF FIRM NAME CHANGE
-Page 3 of 3

WILES MICHALI RANA LEE LAW GROUP
510 SW FIFTH AVENUE, SUITE 600
PORTLAND, OR 97204
(503) 226-3515 / F: (503) 226-4050

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **NOTICE OF FIRM NAME CHANGE** will be served in accordance with the Court's CM/ECF system which will send notification of such filing by notice via email to the ECF participants of record a true copy of the foregoing document.

DATED this 30 day of November, 2017.

        WILES MICHALI RANA LEE LAW GROUP

_____
Bradley P. Hill, OSB No. 116381
bphill@wileslawgroup.com
510 SW 5th Ave., Ste. 600
Portland, OR 97204
Phone: (503) 226-3515
Fax: (503) 226-4050
**Attorneys for Defendant Renaissance Enterprises, LLC, dba Renaissance Home Inspections**